IN THE COURT OF APPEALS OF TEXAS

PD-1217-15

COA CASE NO. 09-14-00301-CR

Tr. Ct. No. 23233



COURT OF CRIMINAL APPEALS RECEIVED IN
NOV 16 2015
Abel Acosta, Clerk

## SECOND MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW
## REQUESTING 10 DAY EXTENSION

**TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:**

Comes now Joseph Bernard Cooper, Appellant, and files this Motion for extension of time to file the petition for discretionary review (10) days in which to file a petition for discretionary review. In support of this motion the Appellant would show the court the following:

1. The Appellant has suffered a sickness which requires serious medical attention.

2. The Appellant states that the Unit has just came off lockdown that has additionaly delayed the Appellants PDR due to the Law Library.

3. The Appellant also suffers from a serious mental defect which requires medication.

The Appellants present deadline is November 10,2015 for filing the PDR. The Appellant request an additional 10 days (working days) to submit a throught researched PDR. This should make the PDR due on November 22, 2015 with the courts premission.

WHEREFORE, APPELLANT PRAYS that this motion for an extention of 10 days be granted in case no. 09-14-00301-CR.

**EXECUTED ON THIS 8th DAY OF NOVEMBER 2015.**

FILED IN
COURT OF CRIMINAL APPEALS
NOV 18 2015
Abel Acosta, Clerk

Respectfully submitted,

JOSEPH BERNARD COOPER PRO SE

### CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING SECOND EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW HAS BEEN FORWARDED BY THE US MAIL POSTAL SERVICE TO COURT OF CRIMINAL APPEALS OF TEXAS P.O. BOX 12308, Capitol station Austin, Tx

### DECLARATION

I declare under penalty of purjury that the forgoing is true and correct to the best of my ability.
Joseph Bernard Cooper #1938617, Jester III unit, 3 Jester Rd. Richmond, Texas 77406